08CR    329

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR 1 7 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| PERRY FREEMON, | ) | Violations: Title 21, United States Code, |
| KENDRAH SANDERS and | ) | Sections 841(a)(1) and 846; and Title 18, |
| MICHAEL SANDERS | ) | United States Code, Section 2. |
| | ) | |

JUDGE AMY ST. EVE

MAGISTRATE JUDGE SCHENKIER

**COUNT ONE**

The SPECIAL JUNE 2007 GRAND JURY charges:

Beginning at least in or about August 2007, and continuing until on or about October 22, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

PERRY FREEMON,
KENDRAH SANDERS and
MICHAEL SANDERS,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute 50 grams or more of mixtures and substances containing cocaine base, in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

1

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about August 30, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

PERRY FREEMON and
MICHAEL SANDERS,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures and substances containing cocaine base, in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about September 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

PERRY FREEMON and
MICHAEL SANDERS,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures and substances containing cocaine base, in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

3

## COUNT FOUR

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about October 22, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

PERRY FREEMON and
KENDRAH SANDERS,

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 50 grams or more of mixtures and substances containing cocaine base, in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

4

## **COUNT FIVE**

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about October 22, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### PERRY FREEMON,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 5 grams or more of mixtures and substances containing cocaine base, in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2007 GRAND JURY further charges:

1.    The allegations of Counts One and Two of this Indictment are realleged and fully incorporated herein for the purpose of alleging forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2.    As a result of the offenses alleged in Counts One and Two of this Indictment,

PERRY FREEMON,
KENDRAH SANDERS and
MICHAEL SANDERS,

defendants herein, have subjected to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), the following property and interests:

       i.    All property constituting or derived from the proceeds the defendants obtained, directly or indirectly, as a result of their violations of Title 21, United States Code, Section 846, as charged in this indictment; and

      ii.    All property used or intended to be used in any manner or part to commit or facilitate the commission of the defendant's violations of Title 21, United States Code, Section 846, as charged in this indictment.

3.    The interests of the defendant subject to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, include, but are not limited to, funds in the amount of approximately $7,100.

4.    If any of the property and funds subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendant:

      i.    Cannot be located upon the exercise of due diligence;

6

    ii.     Has been transferred or sold to, or deposited with, a third person;

    iii.    Has been placed beyond the jurisdiction of the Court;

    iv.    Has been substantially diminished in value; or

    v.     Has been commingled with other property which cannot be subdivided
without difficulty;

it is the intent of the United States to seek forfeiture of substitute property under the provisions of

Title 21, United States Code, Section 853(p).

    All pursuant to Title 21, United States Code, Section 853.


A TRUE BILL:


                                            _____

                                            FOREPERSON


_____

UNITED STATES ATTORNEY

7