# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

_____ VS. _____

FOR _____

AT _____

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)

Kendrah Sanders

| | |
|---|---|
| 1 ☐ Defendant – Adult | **DOCKET NUMBERS** |
| 2 ☐ Defendant – Juvenile | Magistrate |
| 3 ☐ Appellant | 08CR329 |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | 08Cr329 |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

**FILED**
4-28-08

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

MAGISTRATE JUDGE
MORTON DENLOW

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment 1/08
How much did you earn per month? $ 400

If married is your Spouse employed? ☑ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ 1800

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 10,000
SOURCES Lia Sofia / Dunbar Armor Services

**CASH**

Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $ 800

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _____   DESCRIPTION _____

**ASSETS**
**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: Realty # Mortgage (exxtra 8)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| | $ | $ 894 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/28/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)


Kendrah Sanders