# United States District Court, Northern District of Illinois

*MHW*

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 08 CR 329 - 2 | DATE | 4/28/2008 |
| CASE TITLE | USA vs. Kendrah Sanders | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. Enter order appointing John Murphy to represent defendant. 16.1(a) conference to be held by or on 5/5/08. Status hearing set before Judge St Eve on 5/7/08 at 8:45 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 5/7/08 pursuant to 18:3161(h)(1)(F) (X-E). Defendant to remain in custody pending detention hearing set for 5/1/08 at 1:30 p.m. before Magistrate Judge Schenkier.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|