## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 329 - 2 | **DATE** | 5/1/2008 |
| **CASE TITLE** | United States of America vs. Kendra Sanders | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention is denied. Defendant released on $4,500.00 own recognizance bond. Enter order setting conditions of release.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mm |
|---|---|---|